# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SEAN PATRICK O'BRIEN,<br><br>　　　　Defendant. | Case No.: 2:04-cr-010-KJD-PAL<br><br>ORDER FOR ISSUANCE OF<br>WRIT OF HABEUS CORPUS<br>AD PROSEQUENDUM FOR<br>SEAN PATRICK O'BRIEN<br>(ID# 1695176) |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus ad Prosequendum issue out of this Court, directing the production of the body of the said SEAN PATRICK O'BRIEN before the United States District Court at Las Vegas, Nevada, on or about December 30, 2015 at the hour of 3:00 p.m., in Courtroom 3A, for an initial appearance on a supervised release violation petition, and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: December 21, 2015

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   PHILLIP N. SMITH, JR.
3  Assistant United States Attorney
   333 Las Vegas Boulevard South
   Suite 5000
4  Las Vegas, Nevada 89101
   702-388-6336
5

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| United States of America, | ) Case No.: 2:04-cr-010-KJD-PAL |
|---|---|
| Plaintiff, | ) PETITION FOR WRIT OF |
| | ) HABEUS CORPUS AD |
| vs. | ) PROSEQUENDUM FOR |
| | ) SEAN PATRICK O'BRIEN |
| SEAN PATRICK O'BRIEN, | ) (ID# 1695176) |
| Defendant. | ) |

The petition of the United States Attorney for the District of Nevada respectfully shows that SEAN PATRICK O'BRIEN is committed by due process of law in the custody of the Warden, CLARK COUNTY DETENTION CENTER, 330 South Casino Center, Las Vegas, Nevada 89101, that it is necessary that the said SEAN PATRICK O'BRIEN be temporarily released under a Writ of Habeas Corpus ad Prosequendum so that the said SEAN PATRICK O'BRIEN may be present before the United States District Court for the District of Nevada, at Las Vegas, Nevada, on December 30, 2015 at the hour of 3:00 p.m., in Courtroom 3A, for an initial appearance on a supervised release violation petition, and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said SEAN PATRICK O'BRIEN before the United States District Court on or about December 30, 2015 at the hour of 3:00 p.m., in Courtroom 3A, for an initial appearance on a supervised release violation petition, and from time to time and day to

day thereafter until excused by the Court, has been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus ad Prosequendum issue out of this Court, directed to the Warden, CLARK COUNTY DETENTION CENTER, 330 South Casino Center, Las Vegas, Nevada 89101, and to the United States Marshal for the District of Nevada, commanding them to produce the said SEAN PATRICK O'BRIEN before the United States District Court on or about December 30, 2015 at the hour of 3:00 p.m., in Courtroom 3A, for an initial appearance on a supervised release violation petition, and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, CLARK COUNTY DETENTION CENTER, 330 South Casino Center, Las Vegas, Nevada 89101.

DATED this 17th day of December, 2015.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ *Phillip N. Smith, Jr.*

PHILLIP N. SMITH, JR.
Assistant United States Attorney